Alicia J. Donahue (SBN: 117412)
adonahue@shb.com
Amir Nassihi (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California  94104-4505
Telephone:   415-544-1900
Facsimile:   415-391-0281

Attorneys for Defendant
Bayer HealthCare Pharmaceuticals, Inc.

William M. Audet (CA SBN 117456)
waudet@audetlaw.com
Mark E. Burton, Jr. (CA SBN 178400)
mburton@audetlaw.com
Jill T. Lin (CA SBN 284962)
jlin@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone:  415.568.2555
Facsimile:  415.568.2556

Attorneys for Plaintiffs Siara Aiona et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIARA AIONA, et al, | Case No. 3:14-cv-04745-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFFS' MOTION TO REMAND** |
| v. | |
| BAYER HEALTHCARE PHARMACEUTICALS INC., | |
| Defendant. | |

Pursuant to Local Rules 6.1(b), 6-2, and 7-12 of the Northern District of California, IT IS

HEREBY STIPULATED by and between the parties to the above-captioned action that the January

6, 2015 hearing date for Plaintiffs' Motion to Remand be continued to January 20, 29, or to a later date more convenient to this Court's calendar.

This continuance is requested because lead counsel for both Plaintiffs and Defendant who would be arguing this motion have pre-existing hearings in other matters which conflict with the present scheduled time.

No other time modifications have been made to this case, whether by stipulation or Court order. The instant request will not have any effect on the schedule of this case.

THEREFORE, the parties respectfully request that this Court continue the January 6, 2015 hearing date on Plaintiffs' to Remand to January 20, 29, or to a later date more convenient to this Court's calendar.

IT IS HEREBY STIPULATED.

Dated:  December 22, 2014                                    AUDET & PARTNERS, LLP

                                                             By:  /s/ Jill T. Lin
                                                                  Jill T. Lin

                                                             Attorneys for Plaintiffs


Dated: December 22, 2014                                     SHOOK HARDY & BACON L.L.P.

                                                             By: /s/ Alicia J. Donahue
                                                                 Alicia J. Donahue

                                                             Attorneys for Defendant
                                                             Bayer HealthCare Pharmaceuticals, Inc.

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                                             By:    /s/ Alicia J. Donahue
                                                                    Alicia J. Donahue

2
STIPULATION AND (PROPOSED) ORDER
Case No. 3:14-cv-04745-EMC

301299 v1

1  The Court hereby orders that the hearing date for Plaintiffs' Motion to Remand currently set
2  for January 6, 2015 is continued to ___January 29___, 2015 at 1:30 p.m.

4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

6  Dated: __12/23/14__

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

7  UNITED STATES DISTRICT JUDGE

3

STIPULATION AND (PROPOSED) ORDER
Case No. 3:14-cv-04745-EMC

301299 v1